UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| ELIZABETH FRY FRANKLIN, ET AL. | : | CIVIL ACTION NO. 16-1152 |
|---|---|---|
| VS. | : | JUDGE TERRY A. DOUGHTY |
| REGIONS BANK | : | MAG. JUDGE KAREN L. HAYES |
| | | (consolidated with) |
| ELEANOR BAUGNIES DE ST. MARCEAUX | | CIVIL ACTION NO. 17-1047 |
| VS. | | |
| REGIONS BANK | | |

**J U D G M E N T**

The Court has considered the Magistrate Judge's Report and Recommendation [Doc. No. 82], supplemented in part and superseded in part by the Magistrate Judge's Supplemental Report and Recommendation [Doc. No. 94], together with the written objections and responses filed with this Court. After a de novo review of the record, the Court finds that Magistrate Judge's analysis and findings are correct under the law, and, therefore,

**IT IS ORDERED** that Defendant Regions Bank's motion to dismiss for failure to state a claim upon which relief can be granted [Doc. No. 75] is **DENIED** as originally filed.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the motion to dismiss is **GRANTED** as supplemented by its objections to the original Report and Recommendation [Doc. No. 83]. This consolidated matter is **DISMISSED WITH PREJUDICE** as time-barred.

**IT IS FURTHER ORDERED** that the pending Motion for Summary Judgment [Doc. No. 85] is **DENIED AS MOOT**.

Monroe, Louisiana, this 31st day of July, 2019.

_____
Terry A. Doughty
United States District Judge